IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:05CR3002 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| ROOSEVELT ERVING, JR., ) | |
| ) | |
| Defendant. ) | |

On the joint oral motion of counsel,

IT IS ORDERED that the hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to **3:00 p.m.**, on September 16, 2005, in Courtroom No.1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

September 14, 2005.                     BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge