```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3002 |
| | ) | |
| v. | ) | |
| | ) | |
| ROOSEVELT ERVING JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order filed this date by the Honorable Richard G. Kopf,

IT IS ORDERED:

1. An evidentiary hearing on defendant's § 2255 claim of ineffective assistance of counsel regarding the failure to appeal is set for May 8, 2007 at 1:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The United States Marshal shall produce the defendant for the hearing.

DATED this 3rd day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge