```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3002 |
| | ) | |
| v. | ) | |
| | ) | |
| ROOSEVELT ERVING JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant on his § 2255 motions, filings 52 and 55, claiming ineffective assistance of his trial counsel, John C. Vanderslice, regarding the failure to file an appeal.

The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified to represent the defendant in accordance with the Criminal Justice Act Plan for this district.

DATED this 23rd day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge