```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3002 |
| v. | ) | |
| | ) | |
| ROOSEVELT ERVING, JR., | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to continue, filing 60, is granted and the hearing on defendant's motion for post conviction relief is continued from May 8 to June 11, 2007 at 1:30 p.m.

The United States Marshal shall produce the defendant for this hearing.

DATED this 7th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge