IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3002 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROOSEVELT ERVING, JR., | ) | |
| | ) | |
| Defendant. | ) | |

  IT IS ORDERED that Defendant's motion for leave to proceed in forma pauperis (filing 53) is denied without prejudice, as moot.

July 25, 2007.        BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge