IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:05CR3002 |
| V. | ) | |
| ROOSEVELT ERVING JR., | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of the Court is directed to treat filing no. 87 as a 28 U.S.C. § 2255 motion seeking relief under the *Johnson* case. The Federal Public Defender or his nominee has been appointed. The Clerk is directed to mail a copy of this order to Mr. Erving.

DATED this 1st day of June, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge